THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No.6270
OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
tdillard@ocgas.com
Attorney for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICKEY WARD, <br><br>　　　　　　Plaintiff, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the STATE OF NEVADA; TOM JENKINS, #4456, individually and in his official capacity as a police officer; AMANDA FREY, #9113, individually and in her capacity as a police officer; JOHN DOES I through X, and ROE CORPORATIONS I through X, inclusive; <br><br>　　　　　　Defendants. | 2:13-cv-00769-RFB-GWF |
| RAYMOND HARMON, <br><br>　　　　　　Plaintiff, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the STATE OF NEVADA; TOM JENKINS, #4456, individually and in his official capacity as a police officer; AMANDA FREY, #9113, individually and in her capacity as a police officer; JOHN DOES I through X, and ROE CORPORATIONS I through X, inclusive; <br><br>　　　　　　Defendants. | Case No. 2:13cv1074-APG-NJK |
| JACKIE HUBBARD, <br><br>　　　　　　Plaintiff, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the STATE OF NEVADA; TOM JENKINS, | Case No. 2:13cv1211-JCM-GWF |

#4456, individually and in his official capacity)
as a police officer; AMANDA FREY, #9113, )
individually and in her capacity as a police  )
officer; JOHN DOES I through X, and ROE  )
CORPORATIONS I through X, inclusive;  )
                                          )
        Defendants.                       )
_____)

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Plaintiffs RICKEY WARD, RAYMOND HARMON and JACKIE HUBBARD ("Plaintiffs") and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, AMANDA FREY and TOM JENKINS ("Defendants") (collectively the "Parties"), each acting by and through their undersigned counsel, hereby Stipulate and Agree pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii) that all claims and causes of action asserted by Plaintiffs against Defendants, as set forth in the Plaintiffs' Complaints, shall be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 21ST day of ~~September~~ November, 2014.

OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI

_____
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendants
LVMPD, Amanda Frey
and Tom Jenkins

CONNOR & CONNOR, PLLC

_____
Amanda N. Connor, Esq.
2450 St. Rose Pkwy, Ste. 120
Henderson, Nevada 89074
Attorney for Plaintiffs
Rickey Ward, Raymond Harmon
and Jackie Hubbard

## ORDER

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 26th of November, 2014.